```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     TEXARKANA DIVISION
```

PAUL JUNIOR SUTTON                                          PLAINTIFF

v.                    Case No. 4:09-CV-04051

MAJOR GARY TURNER,
Miller County Detention Center;
SGT. RACHEL JONES,
Miller County Detention Center;
and SGT. ALICE MILLER,
Miller County Detention Center                              DEFENDANTS

## O R D E R

On this 9th day of March 2011, there comes on for consideration the Report and Recommendation (Doc. 33) filed in this case on February 16, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. No objections to the Report and Recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendants' Motion for Summary Judgment (Doc. 22) is **DENIED**.

IT IS SO ORDERED this 9th day of March 2011.

/s/ Paul K. Holmes III
Paul K. Holmes III
United States District Judge