IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL JUNIOR SUTTON                                                                               PLAINTIFF

v.                                    Civil No. 4:09-cv-04051

MAJOR GARY TURNER,
Miller County Detention Center;
SGT. RACHEL JONES,
Miller County Detention Center; and
SGT. ALICE MILLER,
Miller County Detention Center                                                              DEFENDANTS

**ORDER**

The parties have filed a joint motion to dismiss this case with prejudice (Doc. 44). They indicate they have reached a settlement agreement. The motion (Doc. 44) is granted and this case is dismissed with prejudice subject to the terms of the settlement agreement. Upon proper motion, this case may be reopened if any party has failed to comply with the terms of the settlement agreement.

IT IS SO ORDERED this 11th day of May 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE